## Fred L. Stevens, Appellant, v. Leon Baltazor, Appellee.

### Gen. No. 6,531.   (Not to be reported in full.)

Appeal from the City Court of Aurora; the Hon. EDWARD M. MANGAN, Judge, presiding.   Heard in this court at the October term, 1917.   Dismissed.   Opinion filed February 12, 1918.

### Statement of the Case.

Action by Fred L. Stevens, plaintiff, against Leon Baltazor, defendant.   From a verdict for defendant and judgment that he recover costs and have execution therefor, plaintiff appeals.

FRED B. SHEARER, for appellant.

MIGHELL, GUNSUL & ALLEN, for appellee.

MR. JUSTICE DIBELL delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 288*—*what is not final judgment.* A judgment for defendant for costs in an action at law is not a final judgment and is not appealable.

2. JUDGMENT, § 426*—*when not bar to future action.* A judgment for defendant for costs in an action at law is not a bar to a future action by the plaintiff, as the judgment is not a final one.

3. APPEAL AND ERROR, § 1140*—*when case dismissed with leave to withdraw record.* Where a judgment is not appealable, appeal should be dismissed with leave to appellant to withdraw record, abstract and brief and to appellee to withdraw brief.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.